**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Laura Ann Yaron  | CHAPTER 13
       <u>Debtor(s)</u> |
 | BKY. NO. 12-21774 BIF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO LASALLE BANK MIDWEST, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: Bac)

                                      Respectfully submitted,

                                      <u>**/s/Thomas Puleo, Esquire**</u>
                                      Thomas Puleo, Esquire
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406