**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Laura Ann Yaron<br><br>　　　　　Debtor<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, or its Successor or Assignee<br>　　　　　Movant<br>　　vs.<br><br>William C. Miller, Trustee<br>Laura Ann Yaron<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 12-21774-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 495 Wade Ave, Lansdale, Pennsylvania 19446.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 11, 2017 you or your attorney must do all of the following:

　　　　　(a)　　file an answer explaining your position at

　　　　　　　United States Bankruptcy Court
　　　　　　　For the Eastern District of Pennsylvania
　　　　　　　Robert N.C. Nix Sr. Federal Courthouse
　　　　　　　900 Market Street, Suite 214
　　　　　　　Philadelphia, Pennsylvania 19107

　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　(b)　　mail a copy to the movant's attorney:

　　　　　　　Ann E. Swartz, Esquire
　　　　　　　McCabe, Weisberg & Conway, P.C.

        123 S. Broad Street, Suite 1400
        Philadelphia, PA 19109
        Phone: 215-790-1010
        Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Ashely M. Chan on April 11, 2017, at 11:00 a.m. in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 214, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2830 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 7, 2017