## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Laura Ann Yaron<br><br>            Debtor<br><br>Bayview Loan Servicing, LLC, a Delaware<br>Limited Liability Company, or its Successor or<br>Assignee<br>            Movant<br>        vs.<br><br>William C. Miller, Trustee<br>Laura Ann Yaron<br>            Respondents | Chapter 13<br>Bankruptcy No. 12-21774-amc |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 7, 2017

| Laura Ann Yaron<br>495 Wade Avenue<br>Lansdale, Pennsylvania 19446 | Joseph L. Quinn<br>The Law Office of Stephen<br>Ross PC<br>152 E. High Street, Suite 100<br>Pottstown, Pennsylvania<br>19464<br>Attorney for Debtor | William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, Pennsylvania<br>19107<br>Trustee |
|---|---|---|

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bayview Loan Servicing, LLC, a Delaware Limited
Liability Company
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010

Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com