# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Laura Ann Yaron<br>　　　　Debtor<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, or its Successor or Assignee<br>　　　　Movant<br>　　vs.<br><br>William C. Milller, Trustee<br>Laura Ann Yaron<br>　　　　Respondents | Chapter 13<br>Bankruptcy No. 12-21774 - amc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company for Relief from the Automatic Stay is hereby APPROVED.

Dated: **April 12, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge