United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-21774-amc
Laura Ann Yaron                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Apr 12, 2017
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db         +Laura Ann Yaron,    495 Wade Avenue,    Lansdale, PA 19446-3948
cr          ECast Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:17     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 01:15:53     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2017 01:16:13     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 13 2017 01:16:14
             Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, FL 33146-1837
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2017 01:11:13     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13387584   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 13 2017 01:16:14
             Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, Florida 33146-1837
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              ALANE A. BECKET2    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Defendant    Webster Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Webster Bank NA ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              JOSEPH L QUINN    on behalf of Debtor Laura Ann Yaron CourtNotices@sjr-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    Webster Bank NA ecfmail@mwc-law.com
              STEPHEN J ROSS    on behalf of Plaintiff Laura Ann Yaron CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Debtor Laura Ann Yaron CourtNotices@SJR-Law.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Laura Ann Yaron<br>    Debtor<br><br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, or its Successor or Assignee<br>    Movant<br>  vs.<br><br>William C. Milller, Trustee<br>Laura Ann Yaron<br>    Respondents | Chapter 13<br>Bankruptcy No. 12-21774 - amc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company for Relief from the Automatic Stay is hereby APPROVED.

Dated: **April 12, 2017**

                    Ashely M. Chan
                    United States Bankruptcy Judge