United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 12-21774-amc
Laura Ann Yaron                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
```
db          +Laura Ann Yaron,   495 Wade Avenue,   Lansdale, PA 19446-3948
12937184    +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
12937185   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
12966524     Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13405710    +Bayview Loan Servicing, LLC,,   a Delaware Limited Liability Company,   c/o ALEXANDRA T. GARCIA,
              123 South Broad Street, Suite 1400,   Philadelphia, PA 19109-1060
12937186   #+Bk Of Amer,   Attn: Bankruptcy/MC: NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
12958393     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
12937188    +Goldbeck McCafferty & McKevver, P.C.,   Attn: Jay Kivitz, Esq,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
12964762    +KIA Motors Finance,   PO Box 20825,   Fountain Valley, CA 92728-0825
12937189    +Kia Motors Finance Co,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
13104059    +Law Office of Stephen Ross, P.C.,   152 E. High St., Suite 100,   Pottstown, PA 19464-5480
13078255     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 24 2018 01:51:08    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2018 01:50:13
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2018 01:50:47    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 24 2018 01:50:48
              Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1837
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:31    GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13387584    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 24 2018 01:50:48
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1837
12954719     E-mail/Text: mrdiscen@discover.com Mar 24 2018 01:49:00    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12937187    +E-mail/Text: mrdiscen@discover.com Mar 24 2018 01:49:00    Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
13052562     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2018 02:01:47
              LVNV Funding, LLC its successors and assigns as,   assignee of IDT Carmel, Inc,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13046388     E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2018 02:02:06
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ECast Settlement Corporation,   PO Box 29262,   New York, NY 10087-9262
13104063*   +Law Office of Stephen Ross, P.C.,   152 E. High St., Suite 100,   Pottstown, PA 19464-5480
13082214*    eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
12937190   ##+Webster Bank,   609 W Johnson Ave,   Cheshire, CT 06410-4502
12993778   ##+Webster Bank, N.A.,   609 West Johnson Avenue,   Cheshire, Connecticut 06410-4502
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              ALANE A. BECKET2    on behalf of Creditor    ECast Settlement Corporation notices@becket-lee.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Defendant    Webster Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Webster Bank NA ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              JOSEPH L QUINN    on behalf of Debtor Laura Ann Yaron CourtNotices@sjr-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    Webster Bank NA ecfmail@mwc-law.com
              STEPHEN J ROSS    on behalf of Plaintiff Laura Ann Yaron CourtNotices@SJR-Law.com
              STEPHEN J ROSS    on behalf of Debtor Laura Ann Yaron CourtNotices@SJR-Law.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Laura Ann Yaron
        Debtor(s)

Bankruptcy No: 12−21774−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/23/18

88 − 87
Form 138_new