United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-21774-amc
Laura Ann Yaron                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Mar 23, 2018
                             Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db            +Laura Ann Yaron,    495 Wade Avenue,    Lansdale, PA 19446-3948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
        ALANE A. BECKET2    on behalf of Creditor   ECast Settlement Corporation notices@becket-lee.com
        ALEXANDRA T. GARCIA    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company ecfmail@mwc-law.com
        ANDREW F GORNALL    on behalf of Creditor   Bank of America, N.A., et al...
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability
        Company ecfmail@mwc-law.com,   ecfmail@mwc-law.com
        ANN E. SWARTZ    on behalf of Defendant   Webster Bank, N.A. ecfmail@mwc-law.com,
        ecfmail@mwc-law.com
        ANN E. SWARTZ    on behalf of Creditor   Webster Bank NA ecfmail@mwc-law.com,   ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company ecfmail@mwc-law.com
        JOSEPH L QUINN    on behalf of Debtor Laura Ann Yaron CourtNotices@sjr-law.com
        KEVIN T MCQUAIL    on behalf of Creditor   Webster Bank NA ecfmail@mwc-law.com
        STEPHEN J ROSS    on behalf of Plaintiff Laura Ann Yaron CourtNotices@SJR-Law.com
        STEPHEN J ROSS    on behalf of Debtor Laura Ann Yaron CourtNotices@SJR-Law.com
        THOMAS I. PULEO    on behalf of Creditor   Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                  Chapter: 13

    Laura Ann Yaron

Debtor(s)                                                          Case No: 12−21774−amc

---

### *ORDER*

    AND NOW, 3/23/18 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☐ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court